## 60847. VALDMANIS et al. v. LAWHON.

SHULMAN, Judge.

"Appeal was taken from an order granting a motion for new trial. This court has not granted an interlocutory appeal. See Code Ann. § 6-701 (a) 2 (A) (Ga. L. 1965, p. 18; 1968, pp. 1072, 1073; 1975, pp. 757,

758). Hence, the appeal must be dismissed as premature. [Cit.]" *Stancil v. Hudson Oil Co.,* 139 Ga. App. 632 (229 SE2d 113).

*Appeal dismissed. Quillian, P. J., and Carley, J., concur.*

Submitted October 7, 1980 — Decided December 2, 1980.

*J. Kenneth Royal,* for appellants.
*J. Alvin Leaphart, Jr.,* for appellee.